# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-189-MOC-DCK

| | |
|---|---|
| **KATRINA MILAM,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **INVITATION HOMES L.P., and INVITATION HOMES INC.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Amend; Consent Motion For Extension Of Time" (Document No. 2). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Amend; Consent Motion For Extension Of Time" (Document No. 2) is **GRANTED**. Plaintiff shall file an Amended Complaint on or before **December 17, 2018**.[1] Defendants shall file an Answer, or otherwise respond to Plaintiff's Amended Complaint, on or before **January 17, 2019**.

---

[1] The "Administrative Procedures Governing Filing and Service by Electronic Means," revised January 1, 2018, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."

**SO ORDERED.**

Signed: December 13, 2018

David C. Keesler
United States Magistrate Judge